# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **GEOFFREY GRAHAM WHITE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:18-CV-0458-VEH |
| | ) |
| **JUDGE COREY B. MOORE,** | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This case was reassigned to the undersigned on May 7, 2018. (Doc. 4). In the Order of Reassignment, the magistrate conducted a frivolity review pursuant to 28 U.S.C. § 1915(e)(2) and noted that "[a] review of the instant pleading makes it plan that it is legally frivolous and subject to dismissal because the only claims asserted are against a state court judge for actions taken in his capacity as a state court judge." (Doc. 4 at 3). The Court agrees with this observation, and **ADOPTS** the magistrate's order as the opinion of this Court. Further, the Court **EXPRESSLY HOLDS** that the Plaintiff's claims are frivolous because the Defendant has absolute judicial immunity for the claims against him. Accordingly, pursuant to 28 U.S.C. 1915(e)(2)(B)(i), this matter is due to be **DISMISSED with prejudice**. A Final Order will be entered.

**DONE** and **ORDERED** this 10th day of May, 2018.

                                            **VIRGINIA EMERSON HOPKINS**
                                            United States District Judge